| File No. 23 CVM 17528 | STATE OF NORTH CAROLINA | In The General Court Of Justice District Court Division-Small Claims |
|---|---|---|
| | _____ County GUILFORD CO. C.S.C | ORDER GRANTED TO SUE AS INDIGENT |

**COMPLAINT FOR MONEY OWED**

G.S. 7A-216, 7A-232

1. The defendant is a resident of the county named above.
2. The defendant owes me the amount listed for the following reason:

| | |
|---|---|
| Principal Amount Owed | $ 10,000 |
| Interest Owed (if any) | $ — |
| Total Amount Owed | $ 10,000 |

**Name And Address Of Plaintiff**
Tinilca SeCal Warren, bed #9
mailing: 305 W. Gate City Blvd.
Greensboro, N.C., 27406

County: Guilford
Telephone No: 336-254-0659

VERSUS

**Name And Address Of Defendant 1** ☒ Individual ☐ Corporation

(1) Matthew King, 4th floor
1500 Pinecroft Road
Greensboro, NC 27406

County: Guilford

**Name And Address Of Defendant 2** ☐ Individual ☒ Corporation

(2) HUD office Greensboro
1500 Pinecroft Road
Greensboro, NC 27406

County: Guilford

**Name And Address Of Plaintiff's Attorney**
Tinilca SeCal Warren
mailing: 305 W. Gate City
Blvd, Greensboro, NC 27406

(check one below)

☐ On An Account (attach a copy of the account)

☐ For Goods Sold And Delivered Between
Beginning Date / Ending Date / Interest Rate

☐ For Money Lent
Date From Which Interest Due / Interest Rate

☒ On a Promissory Note (attach copy)
Date Of Note: 3-2020-ongoing  Date From Which Interest Due: 3-10-2020  Interest Rate: 5.3%

☐ For a Worthless Check (attach a copy of the check)

☒ For conversion (describe property) HUD Compliant, HUD Determination letter, that made "false statements", harassment, intimidation, saying I didn't live in Atlanta, Ga, from 2003-2015, having me "verichipped" and having others taunt me in housing services, causing chronically homeless as my job at Dekalb Casa Juvenile Ctr, Partnership 4 Community

☐ Other: (specify) action. Violated record keeping act - no records were found. Sabatoging my credit, rental records, history, career. I have not seen my children since 2019; after signing this 05 million dollars mediation agreement. I am being forced into the streets exposed to sex traffic, labor traffic, unsafe housing.

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

Date: 11-7-2023  Name Of Plaintiff Or Attorney (Type Or Print): Tinilca SeCal Warren  Signature Of Plaintiff Or Attorney: Tinilca SeCal Warren

(Over)

AOC-CVM-200, Rev. 9/13
© 2013 Administrative Office of the Courts

**GOVERNMENT EXHIBIT 1**

## INSTRUCTIONS TO PLAINTIFF OR DEFENDANT

1. The PLAINTIFF must file a small claim action in the county where at least one of the defendants resides.

2. The PLAINTIFF cannot sue in small claims court for more than $10,000.00. This amount may be lower, depending on local judicial order. If the amount is lower, it may be any amount between $5,000.00 and $10,000.00, as determined by the chief district court judge of the judicial district.

3. The PLAINTIFF must show the complete name and address of the defendant to ensure service on the defendant. If there are two defendants and they reside at different addresses, the plaintiff must include both addresses. The plaintiff must determine if the defendant is a corporation and sue in the complete corporate name. If the business is not a corporation, the plaintiff must determine the owner's name and sue the owner.

4. The PLAINTIFF may serve the defendant(s) by mailing a copy of the summons and complaint by registered or certified mail, return receipt requested, addressed to the party to be served or by paying the costs to have the sheriff serve the summons and complaint. If certified or registered mail is used, the plaintiff must prepare and file a sworn statement with the Clerk of Superior Court proving service by certified mail and must attach to that statement the postal receipt showing that the letter was accepted.

5. The PLAINTIFF must pay advance court costs at the time of filing this Complaint. In the event that judgment is entered in favor of the plaintiff, court costs may be charged against the defendant.

6. The DEFENDANT may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court. This answer should be accompanied by a copy for the plaintiff and be filed no later than the time set for trial. The filing of the answer DOES NOT relieve the defendant of the need to appear before the magistrate to assert the defendant's defense.

7. Whether or not an answer is filed, the PLAINTIFF must appear before the magistrate.

8. The PLAINTIFF or the DEFENDANT may appeal the magistrate's decision in this case. To appeal, notice must be given in open court when the judgment is rendered, or notice may be given in writing to the Clerk of Superior Court within ten (10) days after the judgment is rendered. If notice is given in writing, the appealing party must also serve written notice of appeal on all other parties. The appealing party must PAY to the Clerk of Superior Court the costs of court for appeal within twenty (20) days after the judgment is rendered.

9. This form is supplied in order to expedite the handling of small claims. It is designed to cover the most common claims.

10. **The Clerk or magistrate cannot advise you about your case or assist you in completing this form. If you have any questions, you should consult an attorney.**

AOC-CVM-200, Rev. 9/13
© 2013 Administrative Office of the Courts

Case 1:23-cv-00990-TDS-JLW    Document 3    Filed 11/16/23    Page 2 of 3

# STATE OF NORTH CAROLINA

**GUILFORD COUNTY**

ORDER GRANTED TO SUE AS INDIGENT
GUILFORD CO. C.S.C.

**23 CVM 17528**

In The General Court of Justice
District Court Division - Small Claims

## MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217. - 232; 1A-1, Rule 4

**Name(s) of Plaintiff(s):**
Tinika Se'cal Warren
mailing: 305 W. Gate City Blvd,
Bed #9
Greensboro, NC 27406

**VERSUS**

**Name(s) of Defendant(s)**
1) Matthew King
2) HUD Office Greensboro, NC

**Date Last Summons Issued**

**Date(s) Subsequent Summon(es) Issued**

**To:**
**Name And Address of Defendant 1**
1) Chief Lawyer, Asst Mgt, Greg Brooks
1500 Pinecroft Road, Flag 4
Greensboro, NC, 27406

**To:**
**Name And Address of Defendant 2** et al
Matthew King, HUD Office, GS8
1500 Pinecroft Road
Greensboro, NC, 27406

**Telephone No. Of Defendant 1**

**Telephone No. Of Defendant 2**

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

**From:** Name and Address of Plaintiff Or Plaintiff's Attorney  Pro Se
Tinika Se'cal Warren
305 W. Gate City Blvd
Greensboro, NC, 27406

**From:** Name and Address of Plaintiff's Attorney

**Date of Trial:** 11/22/23

**Time of Trial:**
☐ 9:00 A.M.
☒ 2:00 P.M.

**Location of Court:**
**COURTROOM** ☒ 210 ☐ 215
**SECOND FLOOR**
**GUILFORD COUNTY COURTHOUSE**
201 S. EUGENE ST., GREENSORO, NC 27401

**Date Issued:** 11/7/23

**Signature:** Barbara Richardson

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court

AOC-CVM-100