IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TINIKA SECAL WARREN,         )
                             )
            Plaintiff,       )
                             )
    v.                       )         1:23CV990
                             )
UNITED STATES OF AMERICA,    )
                             )
            Defendant.       )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss (Doc. 9) is GRANTED and this action is DISMISSED WITH PREJUDICE.

　　　　　　　　　　　　　　　　　　　　/s/   Thomas D. Schroeder
　　　　　　　　　　　　　　　　　　　United States District Judge

February 7, 2024